UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DONNA RENEE HAMILTON

VERSUS

CITIMORTGAGE, INC., ET AL

CIVIL ACTION

NO. 14-359-SDD-SCR

## RULING

The Court, after carefully considering the *Petition*, the record, the law applicable to this action, and the *Report and Recommendation* of United States Magistrate Judge Stephen C. Riedlinger dated July 24, 2014, to which no objection has been filed, hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, the *Motion to Remand Case Back to 19th District Court* filed by Donna Renee Hamilton is denied.

Baton Rouge, Louisiana, August 19, 2014.

SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA