**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

DONNA RENE HAMILTON

VERSUS

CITIMORTGAGE, INC., ET AL.

CIVIL ACTION

NO. 14-00359-SDD-SCR

## **RULING**

On August 19, 2014, Defendant, Dean Morris, L.L.P., filed a *Motion for Joinder*[1] with Defendant Citimortgage's *Motion to Dismiss for Failure to State a Claim*[2]. The Court hereby GRANTS Dean Morris' *Motion for Joinder*[3]. Because Dean Morris has already filed its *Answer* in this matter, the *Motion to Dismiss for Failure to State a Claim*, strictly as it pertains to Dean Morris, shall be treated as a Rule 12(c) *Motion for a Judgment on the Pleadings Based Upon a Failure to State a Claim*.[4] Nonetheless, "[a] motion under Rule 12(c) for judgment on the pleadings is subject to the same standards as a motion to dismiss under Rule 12(b)(6)."[5]

---

[1] Rec. Doc. 17.
[2] Rec. Doc. 10.
[3] Rec. Doc. 17.
[4] *Lucas v. Cannon*, 2013 WL 494124 n. 1 (M.D.La. Aug. 13, 2013)("a district court is authorized to treat an untimely Rule 12(b)(6) motion [one filed after an Answer has been filed] as a Rule 12(c) motion for judgment on the pleadings based upon a failure to state a claim." (citing *Jones v. Greninger*, 188 F.3d 322, 324 (5th Cir. 1999)).
[5] *Purvis v. Teva Pharmaceuticals, USA, Inc.*, 901 F.SUpp.2d 716, 719 (M.D.La. 2012)(quoting *In re Great Lakes Dredge & Dock Co., LLC*, 634 F. 3d 201, 209 (5th Cir. 2010).

Accordingly, the Court hereby adopts and incorporates its findings and reasoning from its September 15, 2014 *Ruling*,[6] and hereby dismisses Defendant, Dean Morris, L.L.P., from these proceedings without prejudice.

Signed in Baton Rouge, Louisiana, on September 17, 2014.

*Shelly D. Dick*
**JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[6] In its September 15, 2014, *Ruling*, the Court explained because Plaintiff failed to file an opposition to Citimortgage's *Motion to Dismiss* as required by Local Rule 7.4M, and after further finding that the *Motion to Dismiss* had merit, the Court granted Citimortgage's *motion*. However, the Court further ruled that any response to its *Ruling* based on appropriate Rules of Federal Civil Procedure "shall be filed within fourteen (14) days and must be accompanied by an opposition memorandum to the original motion." Rec. Doc. 23.